# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CR 221-006-1 |
| ) | |
| NICKSON JOSEPH, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Defendant Nickson Joseph's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Dkt. No. 367. Defendant argues he is eligible for a sentence reduction pursuant to U.S. Sentencing Guidelines Amendment 821. However, the Court has already denied Defendant a sentence reduction pursuant to that amendment. See Dkt. Nos. 361. Accordingly, Defendant's motion, dkt. no. 367, is **DENIED**.

**SO ORDERED** this _10_ day of February, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA